1  ALEXANDRA B. M<sup>c</sup>LEOD, ESQ./Nevada Bar No. 8185
2  **BRADY, VORWERCK, RYDER & CASPINO**
   A Law Corporation
3  2795 East Desert Inn Road, Suite 200
   Las Vegas, Nevada 89121
4  (702) 697-6500
   (702) 697-6505 Fax
5  amcleod@bvrclaw.com
6  Attorneys for Defendant

7

8

9              UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11 | MARIA MUJICA,                                   | Case No.: 2:10-CV-00052-JCM-PAL
12 |                  Plaintiff,                     |
13 |     v.                                          | (District Court Case No.: A-09-602727-C)
14 | RALPHS GROCERY COMPANY, dba as                  |
15 | FOOD 4 LESS #509; THE KROGER CO., as            | **STIPULATION AND ORDER FOR**
   | RALPHS and dba FOOD 4 LESS; DOES 1              | **DISMISSAL WITH PREJUDICE**
16 | through 10, inclusive, and ROE                  |
   | CORPORATIONS 11 through 20, inclusive,          |
17 |                  Defendants.                    |
18

19

20     IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by
21 and through their respective counsel, that the above-entitled action is dismissed with prejudice,
22 with each party to bear its own fees and costs.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

BRADY, VORWERCK
RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, NV 89121-3635

1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS FURTHER STIPULATED AND AGREED that the trial date for this matter set to commence on the 25th day of July, 2011 be vacated.

BRADY, VORWERCK, RYDER & CASPINO

_____ Date: 24 June 2011
ALEXANDRA B. M<sup>c</sup>LEOD, ESQ.
Nevada Bar No. 8185
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
*Attorneys for Defendant*

NETTLES LAW FIRM

_____ Date: 6/20/11
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED this 28th day of June, 2011.

_____
JUDGE JAMES C. MAHAN
U.S. DISTRICT JUDGE

Respectfully Submitted:

BRADY, VORWERCK, RYDER & CASPINO

_____
ALEXANDRA B. M<sup>c</sup>LEOD, ESQ.
Nevada Bar No. 8185
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
*Attorneys for Defendant*

BRADY, VORWERCK
RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, NV 89121-3635

2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 24th day of June, 2011, and pursuant to FRCP 5(b), I deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** postage prepaid and addressed to:

Stacy A. Upson, Esq.
Brian D. Nettles, Esq.
Lawrence Ruiz, Esq.
Nettles Law Firm
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
*Attorney for Plaintiff*

_____
An employee of
BRADY VORWERCK RYDER & CASPINO

BRADY, VORWERCK
RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, NV 89121-3635

3

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE